SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0348 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| ROBERT MINEMIER, ) | |
| Defendant. ) | |

Having reviewed the government's Motion for Summons, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Robert Minemier, 459 Duane Street, Apt. # 4, Redwood City, California, 94062, to appear on June 29, 2007 at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____             _____
                                          BERNARD ZIMMERMAN
                                          United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0348 MAG