SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0348 MAG |
| Plaintiff, ) | |
| v. ) | **DECLARATION OF MICHAEL CAMERON IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| ROBERT MINEMIER, ) | |
| Defendant. ) | |

I, Michael Cameron, hereby declare as follows:

1. I am a Park Police Officer with the National Park Police for the Department of the Interior assigned to this case. This declaration is based upon personal knowledge as well as information received from persons employed by the National Park Service, and from reports and other documents provided to me by persons employed by the above offices.

2. On April 29, 2007, at approximately 1:59 a.m., while on patrol, I observed a black Isuzu Rodeo parked with the door open. I walked up to the Rodeo and observed the defendant, Robert Minemier ("Minemier"), sleeping in the vehicle with his shoes off and belt undone. I woke Minemier. Minemier appeared disoriented. I asked Minemier how much he had been drinking and Minemier replied, "3 glasses of wine." I told Minemier that he should not try to drive home

-2-

and should instead sleep it off in his car.  I also advised him that he should keep his door closed so he wouldn't get robbed. I then drove away.

3. Approximately twenty minutes later, I observed a black SUV drive past a stop sign at the intersection of Mason Street and Halleck Street without stopping.  I followed the vehicle and saw it was weaving in the lane of the street.  I pulled over the vehicle and realized it was the same Isuzu Rodeo I had seen earlier.  When I approached the vehicle, I observed Minemier was having difficulty rolling down the window.  I smelled the odor of alcohol emanating from Minemier's direction.

4. I informed Minemier I wanted Minemier to perform some field sobriety tests.  I conducted four field sobriety tests with Minemier: (1) the one leg stand test; (2) the walk and turn test; (3) the Rhomberg stand; and (4) the horizontal gaze nystagmus.  Minemier failed to successfully complete any of the four field sobriety tests.  I then placed Minemier under arrest for driving while under the influence of alcohol.

5. I advised Minemier of his choices for a chemical test (blood, breath or urine) to determine the alcohol content of his blood and Minemier opted to take a breath test.  I transported Minemier to 1217 Ralston Street and conducted the intoxilyzer exam.  Two breath samples were taken (both at 03:21 a.m.) from Minemier and both tests indicated Minemier's blood alcohol content was a .133%.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed June 18, 2007, at San Francisco, California.

DATED: June 18, 2007                    Respectfully submitted,


                                        _____/s/_____
                                        MICHAEL CAMERON

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR  07 0348 MAG          -2-