**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Federal Building Box 36055*
*450 Golden Gate Avenue, 11th Floor*
*San Francisco, California 94102*

*(415) 436-7200*

*FAX (415) 436-7234*

November 20, 2007

NOV 21 2007

The Honorable Bernard Zimmerman
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re: United States v. Robert Minemier, CR 07-0348 MAG

Your Honor:

The United States Attorney's Office, with the consultation and agreement of defense counsel, hereby requests that a date for a Change of Plea Hearing regarding this matter be set before your Honor on the Criminal Calendar at 2:00 p.m. on Wednesday, January 16, 2008.

Very Truly Yours,

SCOTT N. SCHOOLS
United States Attorney

JOSH TEMPLET
Law Clerk
(415) 436-6835

cc: Lashanda Scott, Calender Clerk
Robert M. Amparan, Attorney for the defendant, via facsimile