JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California  94102
  Telephone: (415) 436-6809
  Facsimile: (415) 436-7234
  E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ROBERT MINEMIER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. 3:07-cr-00348-MAG <br><br> **[PROPOSED] ORDER AND STIPULATION CONTINUING CHANGE OF PLEA HEARING FROM JANUARY 16, 2008 TO FEBRUARY 27, 2008** |

   This matter is currently set for change of plea on January 16, 2008, at 2:00 p.m.  The parties in this case hereby stipulate that, subject to the court's approval, the change of plea in the above-captioned matter be continued to February 27, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is that Mr. Minemier has recently relocated and begun a new job in North Carolina, and is unable to fly back to San Francisco for the currently scheduled court date.

//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 00348 MAG**

|    |    |
|----|----|
| 1  | Both parties are available on the requested date. |
| 2  | IT IS SO STIPULATED. |
| 3  |    |
| 4  | DATED: 1/15/08                         /s/                          |
| 5  |                                        Benjamin Prince<br>LAW OFFICES OF ROBERT M. AMPARAN<br>Counsel for Andrew Maker |

DATED: 1/15/08                          /s/
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____
                                        _____
                                        THE HON. BERNARD ZIMMERMAN
                                        United States District Judge

**[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
CR 00348 MAG**                    2