1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 UNIFED STATES OF AMERICA,       )  Criminal No. 3:07-cr-00348-MAG
                                   )
14        Plaintiff,                )
                                   )
15                                 )
       v.                          )  [PROPOSED] ORDER AND
16                                 )  STIPULATION CONTINUING CHANGE
   ROBERT MINEMIER,                )  OF PLEA HEARING FROM JANUARY
17                                 )  16, 2008 TO FEBRUARY 27, 2008
          Defendant.                )
18                                 )
                                   )
19

20
        This matter is currently set for change of plea on January 16, 2008, at 2:00 p.m.  The
21
   parties in this case hereby stipulate that, subject to the court's approval, the change of plea in the
22
   above-captioned matter be continued to February 27, 2008 at 1:30 p.m., or as soon thereafter as
23
   the matter may be heard.  The reason for the stipulation is that Mr. Minemier has recently
24
   relocated and begun a new job in North Carolina, and is unable to fly back to San Francisco for
25
   the currently scheduled court date.
26
   //
27

28
   **[PROPOSED[ ORDER AND
   STIPULATION FOR CONTINUANCE
   CR 00348 MAG**

Both parties are available on the requested date.

IT IS SO STIPULATED.

DATED: 1/15/08 /s/
Benjamin Prince
LAW OFFICES OF ROBERT M. AMPARAN
Counsel for Andrew Maker

DATED: 1/15/08 /s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: January 15, 2008

THE HON. BERNARD ZIMMERMAN
United States District Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 00348 MAG**          2