| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 21 min | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Lashanda Scott | | | REPORTER/FTR <br> 2:09-2:23, 2:29-2:36 | |
| MAGISTRATE JUDGE <br> Bernard Zimmerman | | DATE <br> February 27, 2008 | | NEW CASE <br> ☐ | CASE NUMBER <br> CR07-0348 BZ | |

### APPEARANCES

| DEFENDANT <br> Robert R. Minemier | AGE | CUST <br> N | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Ben Prince for Robert Amparan | PD. ☐  RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Lillian Tsang L/C | INTERPRETER | | | ☐ FIN. AFFT <br> SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☐ <br> APPT'D COUNSEL | PARTIAL PAYMENT ☐ <br> OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGMT & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR <br> REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT <br> HEARING |

FILED FEB 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☐ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON <br> INFORMATION | ☐ ARRAIGNED ON <br> INDICTMENT | ☐ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED <br> ☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☐ REMANDED <br> TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT <br> ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☒ <br> One of the Information |
|---|---|---|---|
| ☒ PRESENTENCE <br> REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT <br> FILED | OTHER: |

### CONTINUANCE

| TO: <br> 6/10/2008 | ☐ ATTY APPT <br> HEARING | ☐ BOND <br> HEARING | ☐ STATUS RE: <br> CONSENT | ☐ STATUS / <br> TRIAL SET |
|---|---|---|---|---|
| AT: <br> 10:30 a.m. | ☐ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING OR <br> ARRAIGN- <br> MENT | ☐ CHANGE OF <br> PLEA | ☐ OTHER |
| BEFORE HON. <br> BZ | ☐ DETENTION <br> HEARING | | ☐ MOTIONS | ☒ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY / <br> REMOVAL <br> HEARING | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP REV. <br> HEARING |

### ADDITIONAL PROCEEDINGS

Counsel stipulated that the defendant will waive his personal appearance at the judgment and sentencing hearing. Court will permit the defendant to appear via video conferencing for the judgment and sentencing. Defendant has relocated to North Carolina. cc: BZ, Pretrial, Probation

DOCUMENT NUMBER: