```
Robert M. Amparán, SBN 172132
THE LAW OFFICES OF ROBERT M. AMPARÁN
861 Bryant Street
San Francisco, CA 94103
Tel: (415) 431-1313
Fax: (415) 431-1312

Attorney for Defendant
ROBERT MINEMIER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-0348-01-MAG |
| v. | REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT MISDEMEANOR SENTENCING |
| ROBERT MINEMIER | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ASSISTANT UNITED STATES ATTORNEY WENDY THOMAS:

Defendant Robert Ralph Minemier, through counsel, hereby requests that this Court issue an Order waiving Mr. Minemier's personal appearance at his misdemeanor sentencing on June 10, 2008 at 10:30 a.m., and allowing him appear at said sentencing via telephone or video-conference from his home in Charlotte, North Carolina.

Dated: June 2, 2008

```
                Signed:

                        /s/Robert Amparan/s/
                        Attorney for Defendant
                        Robert Minemier
```

1

```
 1  Robert M. Amparán, SBN 172132
    THE LAW OFFICES OF ROBERT M. AMPARÁN
 2  861 Bryant Street
    San Francisco, CA 94103
 3  Tel: (415) 431-1313
    Fax: (415) 431-1312
 4
    Attorney for Defendant
 5  ROBERT MINEMIER

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9               NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        CR 07-0348-01-MAG

12          Plaintiff,               DECLARATION OF COUNSEL IN
                                     SUPPORT OF REQUEST FOR WAIVER
13      v.                           OF DEFENDANT'S PERSONAL
                                     PRESENCE AT MISDEMEANOR
14  ROBERT MINEMIER,                 SENTENCING

15          Defendant.
    _____/
16
```

TO THE CLERK OF THE ABOVE ENTITLED COURT:

   I, ROBERT AMPARÁN, declare:

   I am an attorney licensed to practice in the State of California and before this Court and I am the attorney of record for defendant Robert Minemier in this matter.

   In the instant matter, on February 27, 2008, Mr. Minemier pled guilty to a misdemeanor violation of 36 U.S.C. §4.23(a)(1), driving under the influence of alcohol. This matter is currently on calendar for Sentencing on June 10, 2008. This declaration is submitted in support of a request that Mr. Minemier's personal appearance be waived at that sentencing, and that he be allowed to participate via telephone or video conference.

2

1    The reason for this request is that Mr. Minemier has
2 relocated to Charlotte, North Carolina.  Mr. Minemier is
3 currently unemployed, and traveling to San Francisco for the
4 sole purpose of appearing at this misdemeanor sentencing would
5 constitute a hardship.
6    I have contacted United States Probation Officer Cheryl
7 Simone, who has informed me that the federal probation office in
8 North Carolina is ready, willing and able to immediately assume
9 supervision of Mr. Minemier's misdemeanor probation.  In
10 addition, Ms. Simone informs me that her office has no objection
11 to Mr. Minemier appearing by telephone or videoconference,
12 rather than in person, at his sentencing.

14    I declare under penalty of perjury that the foregoing is
15 true and correct, except as to matter herein stated on
16 information and belief, and, as to these matters, I believe them
17 to be true.  This declaration is executed on June 2, 2008, at
18 San Francisco, California.
19    Signed:

             /s/Robert Amparan/s/
21           ROBERT AMPARÁN