UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT MINEMIER,<br><br>    Defendant.<br>_____/ | CR 07-0348-01-MAG<br><br>[PROPOSED] ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE AT SENTENCING |

Upon application of defendant Robert Minemier, and good cause appearing therefor,

IT IS HEREBY ORDERED that Robert Minemier's personal appearance at the sentencing in this matter on June 10, 2008 at 10:30 a.m., is waived, and Mr. Minemier is permitted to appear via telephone or videoconference.

Dated:

Signed:

_____
The Honorable Bernard Zimmerman
United States District Court
Northern District of California

4