UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ROBERT MINEMIER,<br>    Defendant._____/ | CR 07-0348-01-MAG<br><br>ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE AT SENTENCING |

Upon application of defendant Robert Minemier, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Robert Minemier's personal appearance at the sentencing in this matter on **June 10, 2008 at 10:30 a.m.**, is waived, and Mr. Minemier is permitted to appear via videoconference; unless it is unavailable, in which case he may appear by phone.

Dated: June 2, 2008

Signed:

_____
The Honorable Bernard Zimmerman
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Bernard Zimmerman

1