07/09/2008 02:48 PM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000348 | | US V MINEMIER | | | | | | | |
| 001 | ROBERT MINEMIER | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461020963 | 2 | PR | 1,000.00 | 07/08/2008 |
| 001 | ROBERT MINEMIER | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461020963 | 1 | PR | 10.00 | 07/08/2008 |

Division Payment Total    1,010.00

Grand Total    1,010.00

$ 10.00 SPECIAL ASSESSMENT PAID IN FULL on 7-8-08

$ 1000.00 FINE PAID IN FULL on 7-8-08

Page 1 of 1